IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIKA GRANADOS GONZALEZ, § | |
| § | |
| Petitioner, § | |
| § | CIVIL ACTION NO. H-25-4756 |
| v. § | |
| § | |
| PAMELA BONDI, Attorney General of the § | |
| United States, *et al.*, § | |
| § | |
| Respondents. § | |

**FINAL JUDGMENT**

For the reasons set out in this court's Memorandum and Order entered on November 3, 2025, the court granted in part Erika Granados Gonzalez's habeas petition. (Docket Entry No. 11). The court ordered the parties to provide the court with a status update on her bond hearing no later than November 20, 2025. (*Id.*). On November 20, 2025, the parties reported that on November 10, 2025, a new custody determination hearing was held under 8 U.S.C. § 1226 and the immigration judge issued an order granting Granados Gonzalez a $5,000 bond. (Docket Entry No. 12). The same day, Granados Gonzalez posted the bond and was released from the custody of U.S. Immigration and Custom Enforcement. (*Id.*). Following the court's order and Granados Gonazlez's release, no live claims remain in the case.

This is final judgment.

SIGNED on December 16, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge